UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP PARHAM, | Case No. CV 13-6992 RGK(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| RALPH DIAZ, | |
| Respondent. | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: September 19, 2013

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE